AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reeves, Carlton W. | Southern District of Mississippi | 11/12/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge- - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

501 E. Court Street
Suite 5.550
Jackson, MS 39201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 01/16/2017 | Mississippi University for Women/Columbus Convention & Visitors Bureau, Donation | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mississippi University for Women/ Columbus Convention & Vistors Bureaus | Jan. 15-16 | Columbus, MS | Matin Luther King, Jr. Holiday Commemoration/ Celebration | Lodging, Meals and Honoraria |
| 2. | University of Mississippi School of Law | May 12-13, 2017 | Oxford, MS | Commencement | Travel, Lodging and Meals |
| 3. | University of Virginia School of Law | Nov. 5 - 8, 2017 | Charlottesville, VA | Moot Court | Travel, Lodging and Meals |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Tennessee State University | Tuition Agreements | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T (T), Common | A | Dividend | J | T | | | | | |
| 2. AT&T (T), Common | A | Dividend | J | T | Buy (add'l) | 11/10/17 | J | | |
| 3. AT&T (T), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 4. Alliance Bernstein Holding Ltd Partnership Unit (AB), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 5. Alliance Bernstein Holdg Ltd Parnership Unit (AB), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 6. Ameren Corp (AEE), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 7. Ameren Corp (AEE), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 8. Ameriprise Finan. Inc. (AMP), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 9. Ameriprise Finan. Inc. (AMP), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 10. Analog Device Inc. (ADI), Common | A | Dividend | J | T | | | | | |
| 11. Applied Maaterials (AMAT), Common | A | Dividend | J | T | Buy | 12/07/17 | J | | |
| 12. Automatic Data Processing Inc. (ADP), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 13. Automatic Data Processing Inc. (ADP), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 14. Blackstone Group (BX), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 15. Blackstone Group (BX), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 16. BP PLC (BP), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 17. BP PLC (BP), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CH Robnson (CHRW), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 19. CH Robinson (CHRW), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 20. Canadian Nat'l (CNI), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 21. Canadian Nat'l (CNI), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 22. Caterpillar (CAT), Common | A | Dividend | J | T | | | | | |
| 23. Caterpillar (CAT), Common | A | Dividend | J | T | Buy (add'l) | 11/10/17 | J | | |
| 24. Caterpillar (CAT), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 25. Chevron (CVX), Common | A | Dividend | J | T | | | | | |
| 26. Chevron (CVX), Common | A | Dividend | J | T | Buy (add'l) | 11/10/17 | J | | |
| 27. Chevron (CVX), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 28. Cisco Systems (CSCO), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 29. Cisco Systems (CSCO), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 30. Cisco Systems (CSCO), Common | A | Dividend | J | T | Buy (add'l) | 12/7/17 | J | | |
| 31. Crown Castle (CCI), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 32. Crown Castle (CCI), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 33. Discover Financial Svcs (DFS), Common | A | Dividend | J | T | | | | | |
| 34. DowDupont (DWDP), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dow Dupont (DWDP), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 36. Energizer Hldgs Inc. (ENR), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 37. Energizer Hldgs Inc. (ENR), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 38. Exxon Mobil, (XOM), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 39. Exson Mobil (XOM), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 40. Facebook, Inc. (FB), Common | A | Dividend | K | T | | | | | |
| 41. Fedex Corp. (FDX), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 42. Fedex Corp. (FDX), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 43. First Trust (FDL), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 44. First Trust (FDL), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 45. Garmin LTD (GRMN), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 46. Garmin LTD (GRMN), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 47. GE, Common | A | Dividend | | | Sold | 12/07/17 | J | | |
| 48. Gilead Sciences (GILD), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 49. Gilead Sciences (GILD), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 50. Harley Davidson (HOG), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 51. Harley Davidson (HOG), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Honeywell Int'l (HON), Common | A | Dividend | J | T | Buy | 10/18/17 | J | | |
| 53. Honeywell Int'l (HON), Common | A | Dividend | J | T | Buy (add'l) | 11/10/17 | J | | |
| 54. Honeywell Int'l (HON), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 55. Icahn Enterprises (IEP), Common | A | Dividend | | | Buy | 11/10/17 | J | | |
| 56. Icahn Enterprises (IEP), Common | A | Dividend | | | Buy (add'l) | 11/13/17 | J | | |
| 57. Icahn Enterprises (IEP), Common | A | Dividend | | | Sold | 11/27/17 | J | | |
| 58. Intel Corp. (INTC), Common | A | Dividend | J | T | | | | | |
| 59. INTL Business Machines Corp. (IBM), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 60. INTL Business Machines Corp. (IBM), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 61. Iron Mountain (IRM), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 62. Iron Mountain (IRM), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 63. JB Hunt Transport (JBHT), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 64. JB Hunt Transport (JBHT), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 65. Johnson & Johnson (JNJ), Common | A | Dividend | K | T | | | | | |
| 66. Johnson & Johnson (JNJ), Common | A | Dividend | J | T | Buy (add'l) | 11/10/17 | J | | |
| 67. Johnson & Johnson (JNJ), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 68. Kinder Morgan (KMI), Common | A | Dividend | J | T | Buy | 12/7/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Kraft Heinz Co. (KHC), Common | A | Dividend | J | T | | | | | |
| 70. Kroger (KR), Common | A | Dividend | J | T | | | | | |
| 71. Lockheed Martin (LMT), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 72. Lockheed Martin (LMT), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 73. McDonalds Corp. (MCD), Common | A | Dividend | K | T | | | | | |
| 74. Mellanox Technologies Ltd. (MLNX), Common | A | Dividend | J | T | Buy | 12/7/17 | J | | |
| 75. Merck (MRK), Common | A | Dividend | J | T | | | | | |
| 76. MetLife Inc. (MET), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 77. MetLife Inc. (MET), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 78. Microsoft (MSFT), Common | A | Dividend | J | T | | | | | |
| 79. Microsoft (MSFT), Common | A | Dividend | J | T | Buy (add'l) | 11/10/17 | J | | |
| 80. Microsoft (MSFT), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 81. Morgan Stanley (MS), Common | A | Dividend | J | T | | | | | |
| 82. Norfolk Southern (NSC), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 83. Norfolk Southern (NSC), Common | A | Distribution | J | T | Buy (add'l) | 11/13/17 | J | | |
| 84. Pepsico (PEP), Common | A | Dividend | J | T | | | | | |
| 85. Philip Morris (PM), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Philip Morris (PM), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 87. Powershares S&P, ETF (Exhange-Traded Funds) | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 88. Powershares S&P, ETF (Exchange Traded Funds) | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 89. Procter & Gamble (PG), Common | A | Dividend | J | T | | | | | |
| 90. Procter & Gamble (PG), Common | A | Dividend | J | T | Buy (add'l) | 11/10/17 | J | | |
| 91. Procter & Gamble (PG), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 92. Qualcomm Inc. (QCOM), Common | A | Dividend | J | T | | | | | |
| 93. Rockwell Auto ((ROK), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 94. Rockwell Auto (ROK), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 95. Royal Dutch (RDS/A), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 96. Royal Dutch (RDS/A), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 97. Sanderson Farms (SAFM), Common | A | Dividend | J | T | | | | | |
| 98. Seagate Tech (STX), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 99. Seagate Tech (STX), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 100. 3M Company (MMM), Common | A | Dividend | K | T | | | | | |
| 101. 3M Company (MMM), Common | A | Dividend | J | T | Buy (add'l) | 11/10/17 | J | | |
| 102. 3M Company (MMM), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Taiwan SemiCond (TSM), Common | A | Dividend | | | Buy | 11/10/17 | J | | |
| 104. Taiwan SemiCond (TSM), Common | A | Dividend | | | Buy (add'l) | 11/13/17 | J | | |
| 105. Taiwan SemiCond (TSM), Common | A | Dividend | | | Sold | 12/05/17 | J | | |
| 106. Target (TGT), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 107. Target (TGT), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 108. Toronto Dominion (TD), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 109. Toronto Dominion (TD), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 110. Travelers Com (TRV), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 111. Travelers Com (TRV), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 112. Trustmark Corp (TRMK), Common | A | Dividend | J | T | | | | | |
| 113. Under Armour Inc (UAA), Class A, Common | A | Dividend | | | Sold | 12/7/17 | J | | |
| 114. Under Armour Inc. (UA), Class C, Common | A | Dividend | | | Sold | 12/07/17 | J | | |
| 115. Union Pacific (UNP), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 116. Union Pacific (UNP), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 117. United Parcel Serv. (UPS), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 118. United Parcel Serv. (UPS), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 119. Vantiv Inc. (VNTV), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vantiv Inc. (VNTV), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 121. Victory Shares US (CDC), ETF | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 122. Victory Shares US (CDC), ETF | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 123. XL Bermuda Group Ltd (XL), Common | A | Dividend | J | T | Buy | 11/10/17 | J | | |
| 124. XL Bermuda Group Ltd (XL), Common | A | Dividend | J | T | Buy (add'l) | 11/13/17 | J | | |
| 125. YUM Brands, Inc. (YUM), Common | A | Dividend | K | T | | | | | |
| 126. YUM China Holdings, Inc (YUMC), Common | A | Dividend | J | T | | | | | |
| 127. First Commercial Bank, Common | A | Dividend | K | T | | | | | |
| 128. Columbia Acorn Thermorstat (CTFAX), Mutual Fund | C | Dividend | M | T | | | | | |
| 129. FAGOX (IRA), Mutual Fund | C | Dividend | | | Sold | 9/5/17 | K | B | |
| 130. FAEGX (IRA), Mutual Fund | A | Int./Div. | | | Sold | 11/9/17 | K | A | |
| 131. FSOAX (IRA), Mutual Fund | C | Dividend | | | Sold | 11/9/17 | K | C | |
| 132. Met Life Ins. Co. PPA Variable Annuity (n/k/a Empire Retirement) | | | | | | | | | |
| 133. ------Americn Funds 2030 Trgt | A | Int./Div. | J | T | | | | | |
| 134. ------ Money Market Inst | A | Int./Div. | J | T | | | | | |
| 135. Pruco Life Ins. Co. Prudential Premier RetirementX, Var Ann (H) | | | | | | | | | |
| 136. --------AST Academic Strategies Asset Allocation Portfolio | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -------AST Black Rock/Loomis Sayles Bond Portfolio | D | Int./Div. | N | T | | | | | |
| 138. --------AST Loomis Sayles Large-Cap Growth Portfolio | A | Int./Div. | J | T | | | | | |
| 139. ------- AST Wellington Mgmt Hedged Equity Port. | A | Int./Div. | J | T | | | | | |
| 140. -------AST QMA US Equity Alpha | A | Int./Div. | J | T | | | | | |
| 141. -------AST T. Rowe Price Natural Resources | A | Int./Div. | J | T | | | | | |
| 142. College Savings Plan (H) | | | | | | | | | |
| 143. --Scholars Edge 529 Plan (H) | | | | | | | | | |
| 144. ---------Ages 18 and Over Portfolio / Age Based Portfolio 10A | A | Int./Div. | J | T | | | | | |
| 145. ---------Dreyfus Research Growth Portfolio A | A | Int./Div. | J | T | | | | | |
| 146. ----------International Equity /International Growth Portfolio A | A | Int./Div. | J | T | | | | | |
| 147. ----------Aggressive Portfolio A / Portfolio 100 A | C | Int./Div. | J | T | | | | | |
| 148. ----------Moderately Aggressive Portfolio A/ Portfolio 80 A | A | Int./Div. | J | T | | | | | |
| 149. ---------Value Portfolio A | A | Int./Div. | J | T | | | | | |
| 150. ---MPACT (MS College Savings Plan) (Y) | | | | | | | | | |
| 151. United States Savings Bond | A | Interest | J | T | | | | | |
| 152. Stifel Nicolaus, Money Market Acct | A | Interest | M | T | | | | | |
| 153. First Commercial Bank, Money Market Acct , Cash Account | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,000 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Mass Mutual Life Ins. (Whole Life) | A | Dividend | J | T | | | | | |
| 155. Statewide Federal Credit Union, Cash Account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-A. Non-Investment Income

1. Payment of Donation in Lieu of Honoraria made to charitable/education organization, the identity of which is submitted via FiDO under Confidential List of Charitable Donations in Lieu of Honoraria.

Part VII. Investments and Trusts

132. Met. Life Insurance Co. PPA Variable Annuity was _____ retirement account with a former employer. The employer contracted with Empower Retirement in 2017 and all investments in Met Life were transferred to Empower Retirement. Empire Retirement is a Header and per filing instructions Column B and C are left blank, and the specific investments have been identified.

133. Pruco Life Insurance Co. Prudential Premier is a Header and per Filing Instructions Columns B and C are left blank.

140. College Savings Plan is a Header and per Filing Instructions Columns B and C are left blank.

141. Scholar's Edge 529 Plan is a Header and per Filing Instructions Columns B and C are left blank.

148. MPACT is the Mississippi Prepaid Affordable College Tuition Plan, Mississippi's prepaid tuition plan that prepays the cost of tuition and mandatory fees and protects against the future rise of college tuition. Its is 529 plan that is guaranteed by the State of Mississippi. The dependent ____ for whom this Plan was eligible graduated in 2016 and therefore the value of this Plan ended.

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 11/12/2019 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlton W. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544